Revised 01 2012                                                           Application (1)

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF TEXAS

IN RE:

| | |
|---|---|
| *James Wesley Garner* | *10-41593* |
| *Marcia Ann Garner* | Bankruptcy Case Number |
| Debtor | |

## APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS

Comes now the Claimant identified below to make Application for an Order authorizing payment of unclaimed funds now on deposit in the Treasury of the United States for the benefit of Claimant. Claimant was a creditor/debtor in the above captioned bankruptcy case and has not received payment of these funds which are due and owing to the Claimant. Claimant further states that Claimant is:

NAME OF CLAIMANT: *Tanisia Murrell for Capital One*

PHONE NUMBER: *302-574-9129* LAST FOUR DIGITS OF SOCIAL SECURITY NO: *0640*

MAILING ADDRESS: *301 W. 11th Street, Floor 4*

CITY: *Wilmington*   STATE: *DE*   ZIP: *19801*

and that a dividend in the amount of $ *4,986.95* was awarded in this case which dividend is currently unclaimed and held by the Clerk of Court.

Claimant certifies that all statements made by Claimant on this Application and any attachments required for this Application are, to the best of Claimant's knowledge, true and correct. Accordingly, Claimant requests the Court to enter an Order authorizing payment of the pro rata dividend due upon this claim.

Date: *6/22/16*

_____
Claimant's Signature

_____
Co-claimant's Signature (if any

State of *Delaware*
County of *New Castle*
Subscribed and sworn to before me this *22nd* day of *June* 20 *16*

*Nichelle H. Dewitt*
Notary Public

My commission expires: *12/29/17*

[Notary seal: NICHELLE H DEWITT / MY COMMISSION EXPIRES DEC. 29, 2017 / NOTARY PUBLIC / STATE OF DELAWARE]

Mail to: United States Bankruptcy Court
110 N. College Avenue, 9th Floor
Tyler, TX 75702

Certificate of Service (2)

# CERTIFICATE OF SERVICE

In accordance with Title 28 U.S.C. Section 2042, the undersigned hereby certifies that on the date designated below a true copy of this application with all required attachments was mailed to [check one as applicable]:

For all cases in **Beaumont & Lufkin** divisions (five-digit case number beginning with 1 or 9):

☐  Office of the United States Attorney
Eastern District of Texas
Attn: Unclaimed Funds Requests
350 Magnolia Avenue, Suite 150
Beaumont, TX 77701-2248

For all cases in **Marshall & Tyler** divisions (five-digit case number beginning with 2 or 6):

☐  Office of the United States Attorney
Eastern District of Texas
Attn: Unclaimed Funds Requests
110 North College Avenue, Suite 700
Tyler, TX 75702-0204

For all cases in **Paris, Sherman, & Texarkana** divisions (five-digit case number beginning with 3, 4 or 5):

☑  Office of the United States Attorney
Eastern District of Texas
Attn: Unclaimed Funds Requests
101 East Park Boulevard, Suite 500
Plano, Texas 75074-8858

Date: 6/22/16

_Samira Murrell_
Claimant's Signature

Proposed Order (3)

Revised *01 2012*

# UNITED STATES BANRUPTCY COURT
## EASTERN DISTRICT OF TEXAS

IN RE:

| | |
|---|---|
| James Wesley Garner<br>Marcia Ann Garner<br>_____<br>Debtor | 10-41593<br>_____<br>Bankruptcy Case Number |

## ORDER GRANTING APPLICATION FOR PAYMENT
## OF UNCLAIMED FUNDS

The Court having considered the Application for Payment of Unclaimed Funds filed by:

NAME OF CLAIMANT: Tanisia Murrell for Capital One

MAILING ADDRESS: 301 W. 11th Street, Floor 4

CITY: Wilmington          STATE: DE     ZIP: 19801

("Claimant') for payment of a dividend from unclaimed funds in the amount of $ 4,986.95

and, it appearing to the Court that the Claimant is entitled to receive payment, and, these funds are now on deposit in the Treasury of the United States, and that proper notice of the Application was given to the United States Attorney for the Eastern District of Texas pursuant to Title 28 U.S.C. Section 2042,

**IT IS THEREFORE ORDERED** that the Clerk of the Bankruptcy Court direct the issuance of a draft upon the Treasury of the United States in the amount stated above and payable to the Claimant.



**Capital One Financial Corporation**
1680 Capital One Drive
McLean, VA 22102

703.720.1000
703.720.2213 Fax
capitalone.com

## AFFIDAVIT OF AUTHORITY
## FOR RECOVERY OF UNCLAIMED PROPERTY

**TO WHOM IT MAY CONCERN:**

I, Warrenetta Baker, Senior Vice President, and authorized officer of Capital One Financial Corporation and its affiliates (collectively, "Capital One") being first duly sworn, state as follows:

That Tanisia Murrell, Manager, Shared Services, is hereby authorized by and on behalf of Capital One to claim and receive all unclaimed property funds of any kind, exclusive of Federal, State, or local jurisdiction related tax payments, currently being held in Capital One's name.

This document shall not be construed as granting a Power of Attorney, under Federal, State, or local jurisdiction tax laws, to Ms. Murrell. Ms. Murrell is not authorized to receive confidential tax information on behalf of Capital One, to represent Capital One in any tax matters before a Federal, State, or local taxing authority, to execute any Federal, State, or local tax agreements on behalf of Capital One, or to extend the statute of limitations on the assessment or collection of Federal, State, or local taxes on behalf of Capital One.

IN WITNESS WHEREOF, I have hereto set my hand this 6th day of May 2014.

Warrenetta Baker,
SVP, Chief Counsel – Global Tax
Chief Tax Officer, Capital One Financial Corporation

Notary Public

City / County of Fairfax
Commonwealth/State of VA
The foregoing instrument was acknowledged
before me this 6th day of May,
20 14, by Warrenetta Baker
(name of person seeking acknowledgement)
Notary Public
My commission expires: 02/29/2016

LAURA B. BROOKS
COMMONWEALTH OF
VIRGINIA
EXPIRES
#7180763
NOTARY PUBLIC

Auto Loans   Banking   Commercial   Credit Cards   Home Loans   Personal Loans   Savings   Small Business





**Capital One Services, LLC**
301 West 11th Street
6th Floor
Wilmington, DE 19801

302.574.9129
Tanisia.Murrell@capitalone.com

**Tanisia Murrell**
*Manager*
Global Finance - Escheatment

| Form **W-9**<br>(Rev. December 2011)<br>Department of the Treasury<br>Internal Revenue Service | **Request for Taxpayer<br>Identification Number and Certification** | **Give Form to the<br>requester. Do not<br>send to the IRS.** |

**Print or type**
**See Specific Instructions on page 2.**

Name (as shown on your income tax return)
**Capital One, N.A.**

Business name/disregarded entity name, if different from above

Check appropriate box for federal tax classification:

☐ Individual/sole proprietor  ☐ C Corporation  ☐ S Corporation  ☐ Partnership  ☐ Trust/estate

☐ Limited liability company. Enter the tax classification (C=C corporation, S=S corporation, P=partnership) ▶ _____

☑ Other (see instructions) ▶   **National Association**

☑ Exempt payee

Address (number, street, and apt. or suite no.)
**1680 Capital One Dr**

Requester's name and address (optional)

City, state, and ZIP code
**McLean, VA 22102**

List account number(s) here (optional)

---

## Part I    Taxpayer Identification Number (TIN)

Enter your TIN in the appropriate box. The TIN provided must match the name given on the "Name" line to avoid backup withholding. For individuals, this is your social security number (SSN). However, for a resident alien, sole proprietor, or disregarded entity, see the Part I instructions on page 3. For other entities, it is your employer identification number (EIN). If you do not have a number, see *How to get a TIN on page 3.*

**Note.** If the account is in more than one name, see the chart on page 4 for guidelines on whose number to enter.

Social security number

Employer identification number

7 2 – 0 2 1 0 6 4 0

---

## Part II    Certification

Under penalties of perjury, I certify that:

1. The number shown on this form is my correct taxpayer identification number (or I am waiting for a number to be issued to me), and

2. I am not subject to backup withholding because: (a) I am exempt from backup withholding, or (b) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (c) the IRS has notified me that I am no longer subject to backup withholding, and

3. I am a U.S. citizen or other U.S. person (defined below).

**Certification instructions.** You must cross out item 2 above if you have been notified by the IRS that you are currently subject to backup withholding because you have failed to report all interest and dividends on your tax return. For real estate transactions, item 2 does not apply. For mortgage interest paid, acquisition or abandonment of secured property, cancellation of debt, contributions to an individual retirement arrangement (IRA), and generally, payments other than interest and dividends, you are not required to sign the certification, but you must provide your correct TIN. See the instructions on page 4.

| **Sign<br>Here** | Signature of<br>U.S. person ▶ *KD Brown* | Date ▶ 10/19/2012 |

## General Instructions

Section references are to the Internal Revenue Code unless otherwise noted.

## Purpose of Form

A person who is required to file an information return with the IRS must obtain your correct taxpayer identification number (TIN) to report, for example, income paid to you, real estate transactions, mortgage interest you paid, acquisition or abandonment of secured property, cancellation of debt, or contributions you made to an IRA.

Use Form W-9 only if you are a U.S. person (including a resident alien), to provide your correct TIN to the person requesting it (the requester) and, when applicable, to:

1. Certify that the TIN you are giving is correct (or you are waiting for a number to be issued),

2. Certify that you are not subject to backup withholding, or

3. Claim exemption from backup withholding if you are a U.S. exempt payee. If applicable, you are also certifying that as a U.S. person, your allocable share of any partnership income from a U.S. trade or business is not subject to the withholding tax on foreign partners' share of effectively connected income.

**Note.** If a requester gives you a form other than Form W-9 to request your TIN, you must use the requester's form if it is substantially similar to this Form W-9.

**Definition of a U.S. person.** For federal tax purposes, you are considered a U.S. person if you are:

- An individual who is a U.S. citizen or U.S. resident alien,

- A partnership, corporation, company, or association created or organized in the United States or under the laws of the United States,

- An estate (other than a foreign estate), or

- A domestic trust (as defined in Regulations section 301.7701-7).

**Special rules for partnerships.** Partnerships that conduct a trade or business in the United States are generally required to pay a withholding tax on any foreign partners' share of income from such business. Further, in certain cases where a Form W-9 has not been received, a partnership is required to presume that a partner is a foreign person, and pay the withholding tax. Therefore, if you are a U.S. person that is a partner in a partnership conducting a trade or business in the United States, provide Form W-9 to the partnership to establish your U.S. status and avoid withholding on your share of partnership income.

Cat. No. 10231X                                                                 Form **W-9** (Rev. 12-2011)

# Eastern District of Texas
# Claims Register

### 10-41593 James Wesley Garner and Marcia Ann Garner Closed 09/24/2014

**Chief Judge:** Brenda T. Rhoades          **Chapter:** 13

**Office:** Sherman                         **Last Date to file claims:**

**Trustee:** Janna L. Countryman           **Last Date to file (Govt):**

| Creditor: (5925112)<br>Portfolio Recovery Associates LLC<br>PO Box 41067<br>Norfolk VA 23541    Claimant<br>History | Claim No: 1<br>Original Filed<br>Date: 05/20/2010<br>Original Entered<br>Date: 05/20/2010 | Status:<br>Filed by: CR<br>Entered by: Blake Hogan<br>Modified: |
|---|---|---|

| Amount | claimed: | $5414.54 | | |
|---|---|---|---|---|
| Unsecured | claimed: | $5414.54 | | |

**History:**

| Details | 1-1 | 05/20/2010 | Claim #1 filed by Fia Card Services, NA As Successor In Interest to, Amount claimed: $5414.54 (Hogan, Blake ) |
|---|---|---|---|
| | 32 | 01/15/2011 | Notice of Transfer of Claim in the amount of $5414.54 Claim Number 1 Filed by PRA Receivables Management LLC (Garcia, Dolores) |

Description:

Remarks:

| Creditor: (5722708)<br>Wells Fargo Bank, N.A.<br>4137 121st Street<br>Urbandale IA 50323 | Claim No: 2<br>Original Filed<br>Date: 05/24/2010<br>Original Entered<br>Date: 05/24/2010 | Status:<br>Filed by: CR<br>Entered by: Jennifer Griffith<br>Modified: |
|---|---|---|

| Amount | claimed: | $7806.09 | | |
|---|---|---|---|---|
| Unsecured | claimed: | $7806.09 | | |

**History:**

| Details | 2-1 | 05/24/2010 | Claim #2 filed by Wells Fargo Bank, N.A., Amount claimed: $7806.09 (Griffith, Jennifer ) |
|---|---|---|---|

Description: (2-1) unsecured claim

Remarks:

| Creditor: (5724040)<br>Discover Bank | Claim No: 3<br>Original Filed | Status:<br>Filed by: CR |
|---|---|---|

**History:**

| Details | 3-1 | 05/25/2010 | Claim #3 filed by Discover Bank, Amount claimed: $7567.46 (Taylor, Marc ) |
|---|---|---|---|

Description:

Remarks:

Dfs Services LLC
PO Box 3025
New Albany, Ohio 43054-3025

Date: 05/25/2010
*Original Entered
Date:* 05/25/2010

Entered by: Marc Taylor
Modified:

| Amount | claimed: | $7567.46 | | |
|---|---|---|---|---|
| Unsecured | claimed: | $7567.46 | | |

**History:**

| Details | | 3-1 | 05/25/2010 | Claim #3 filed by Discover Bank, Amount claimed: $7567.46 (Taylor, Marc ) |
|---|---|---|---|---|

Description:

Remarks:

---

Creditor:      (5724040)
Discover Bank
Dfs Services LLC
PO Box 3025
New Albany, Ohio 43054-3025

**Claim No: 4**
*Original Filed
Date:* 05/25/2010
*Original Entered
Date:* 05/25/2010

Status:
*Filed by:* CR
*Entered by:* Marc Taylor
Modified:

| Amount | claimed: | $5154.63 | | |
|---|---|---|---|---|
| Unsecured | claimed: | $5154.63 | | |

**History:**

| Details | | 4-1 | 05/25/2010 | Claim #4 filed by Discover Bank, Amount claimed: $5154.63 (Taylor, Marc ) |
|---|---|---|---|---|

Description:

Remarks:

---

Creditor:      (5718317)
Internal Revenue Service CIO
PO Box 21126
Philadelphia PA 19114

**Claim No: 5**
*Original Filed
Date:* 05/28/2010
*Original Entered
Date:* 05/28/2010
*Last Amendment
Filed:* 06/15/2010
*Last Amendment
Entered:* 06/15/2010

Status:
*Filed by:* CR
*Entered by:* Mikeal Smith
Modified:

| Amount | claimed: | $0.00 | | |
|---|---|---|---|---|
| Secured | claimed: | $0.00 | | |
| Priority | claimed: | $0.00 | | |
| Unsecured | claimed: | $0.00 | | |

**History:**

| Details | | 5-1 | 05/28/2010 | Claim #5 filed by Internal Revenue Service CIO, Amount claimed: $3200.00 (Smith, Mikeal ) |
|---|---|---|---|---|
| Details | | 5-2 | 06/15/2010 | Amended Claim #5 filed by Internal Revenue Service CIO, Amount claimed: $0.00 (Smith, Mikeal ) |

Description:

Remarks:

| Creditor:        (5729913)<br>Capital One, National Association<br>P.O. Box 829009<br>Dallas, TX 75382-9009 | **Claim No: 6**<br>*Original Filed<br>Date:* 05/28/2010<br>*Original Entered<br>Date:* 05/28/2010 | *Status:*<br>*Filed by:* CR<br>*Entered by:* Lawrence Joseph Buckley<br>*Modified:* |
|---|---|---|

| Amount | claimed: | $50408.20 | | |
| Secured | claimed: | $50408.20 | | |

| History: | | | |
|---|---|---|---|
| Details | 6-1 | 05/28/2010 | Claim #6 filed by Capital One, National Association, Amount claimed: $50408.20 (Buckley, Lawrence ) |
| Description: | | | |
| Remarks: | | | |

| Creditor:        (5734511)<br>USAA FEDERAL SAVINGS BANK<br>C O WEINSTEIN AND RILEY, PS<br>2001 WESTERN AVENUE, STE 400<br>SEATTLE, WA 98121 | **Claim No: 7**<br>*Original Filed<br>Date:* 06/04/2010<br>*Original Entered<br>Date:* 06/04/2010 | *Status:*<br>*Filed by:* CR<br>*Entered by:* Richard S. Ralston<br>*Modified:* |
|---|---|---|

| Amount | claimed: | $18517.74 | | |
| Unsecured | claimed: | $18517.74 | | |

| History: | | | |
|---|---|---|---|
| Details | 7-1 | 06/04/2010 | Claim #7 filed by USAA FEDERAL SAVINGS BANK, Amount claimed: $18517.74 (Ralston, Richard ) |
| Description: | | | |
| Remarks: | | | |

| Creditor:        (5729913)<br>Capital One, National Association<br>P.O. Box 829009<br>Dallas, TX 75382-9009 | **Claim No: 8**<br>*Original Filed<br>Date:* 06/11/2010<br>*Original Entered<br>Date:* 06/11/2010 | *Status:*<br>*Filed by:* CR<br>*Entered by:* Lawrence Joseph Buckley<br>*Modified:* |
|---|---|---|

| Amount | claimed: | $2872.49 | | |
| Secured | claimed: | $2872.49 | | |

| History: | | | |
|---|---|---|---|
| Details | 8-1 | 06/11/2010 | Claim #8 filed by Capital One, National Association, Amount claimed: $2872.49 (Buckley, Lawrence ) |
| Description: | | | |
| Remarks: | | | |

| Creditor: (5729913) Capital One, National Association P.O. Box 829009 Dallas, TX 75382-9009 | Claim No: 9 Original Filed Date: 06/12/2010 Original Entered Date: 06/12/2010 | Status: Filed by: CR Entered by: Lawrence Joseph Buckley Modified: |
|---|---|---|

| Amount | claimed: | $5085.70 | | |
|---|---|---|---|---|
| Unsecured | claimed: | $5085.70 | | |

**History:**

| Details | 9-1 | 06/12/2010 | Claim #9 filed by Capital One, National Association, Amount claimed: $5085.70 (Buckley, Lawrence ) |
|---|---|---|---|

Description:

Remarks:

| Creditor: (5824027) eCAST Settlement Corporation POB 29262 New York NY 10087-9262    Claimant History | Claim No: 10 Original Filed Date: 06/17/2010 Original Entered Date: 06/17/2010 | Status: Filed by: CR Entered by: Blake Hogan Modified: |
|---|---|---|

| Amount | claimed: | $31892.08 | | |
|---|---|---|---|---|
| Unsecured | claimed: | $31892.08 | | |

**History:**

| Details | 10-1 | 06/17/2010 | Claim #10 filed by Fia Card Services, NA As Successor In Interest to, Amount claimed: $31892.08 (Hogan, Blake ) |
|---|---|---|---|
| | 18 | 09/17/2010 | Notice of Transfer of Claim in the amount of $31892.08 Claim Number 10 Filed by eCAST Settlement Corporation (Becket, Alane) |

Description:

Remarks:

| Creditor: (5749416) DCFS USA LLC 13650 Heritage Parkway Fort Worth, TX 76177 Attn: Dewhana Jones | Claim No: 11 Original Filed Date: 06/25/2010 Original Entered Date: 06/25/2010 | Status: Filed by: CR Entered by: Stephen G. Wilcox Modified: |
|---|---|---|

| Amount | claimed: | $17798.18 | | |
|---|---|---|---|---|
| Secured | claimed: | $17798.18 | | |

**History:**

| Details | 11-1 | 06/25/2010 | Claim #11 filed by DCFS USA LLC, Amount claimed: $17798.18 (Wilcox, Stephen ) |
|---|---|---|---|

Description:

Remarks:

| Creditor:        (6161376)<br>East Bay Funding, LLC<br>c/o Resurgent Capital Services<br>PO Box 288<br>Greenville, SC 29603        Claimant<br>History | Claim No: 12<br>Original Filed<br>Date: 06/28/2010<br>Original Entered<br>Date: 06/28/2010 | Status:<br>Filed by: CR<br>Entered by: Steve Kane<br>Modified: |
|---|---|---|

| Amount | claimed: | $10437.13 | ||| |
|---|---|---|---|
| Secured | claimed: | $0.00 | ||| |
| Unsecured | claimed: | $10437.13 | ||| |

History:

| Details | 12-1 | 06/28/2010 | Claim #12 filed by Roundup Funding, LLC, Amount claimed: $10437.13 (Kane, Steve ) |
|---|---|---|---|
| | 40 | 01/24/2012 | Joint Notice of Transfer of Claim with Waiver in the amount of $10437.13 Claim Number 12 Filed by East Bay Funding, LLC (Gaines, Susan) |

Description:

Remarks:

| Creditor:        (5765490)<br>Toyota Motor Credit Corporation<br>5005 North River Blvd., N.E.<br>Cedar Rapids, IA 52411-6634 | Claim No: 13<br>Original Filed<br>Date: 07/14/2010<br>Original Entered<br>Date: 07/14/2010 | Status:<br>Filed by: CR<br>Entered by: Brittny Martinson<br>Modified: |
|---|---|---|

| Amount | claimed: | $12771.35 | ||| |
|---|---|---|---|
| Secured | claimed: | $12771.35 | ||| |

History:

| Details | 13-1 | 07/14/2010 | Claim #13 filed by Toyota Motor Credit Corporation, Amount claimed: $12771.35 (Martinson, Brittny ) |
|---|---|---|---|

Description:

Remarks:

| Creditor:        (5788434)<br>eCAST Settlement Corporation,<br>assignee<br>of Citibank (South Dakota), N.A.<br>POB 29262<br>New York, NY 10087-9262 | Claim No: 14<br>Original Filed<br>Date: 08/06/2010<br>Original Entered<br>Date: 08/06/2010 | Status:<br>Filed by: CR<br>Entered by: Thomas A. Lee, III<br>Modified: |
|---|---|---|

| Amount | claimed: | $15153.07 | ||| |
|---|---|---|---|
| Unsecured | claimed: | $15153.07 | ||| |

History:

| Details | 14-1 | 08/06/2010 | Claim #14 filed by eCAST Settlement Corporation, assignee, Amount claimed: $15153.07 (Lee, Thomas ) |
|---|---|---|---|

Description: (14-1) CREDIT CARD DEBT

Remarks:

| Creditor:       (5788435)<br>eCAST Settlement Corporation, assignee<br>of Citibank (South Dakota), N.A.<br>POB 29262<br>New York, NY 10087-9262 | **Claim No: 15**<br>*Original Filed*<br>*Date:* 08/06/2010<br>*Original Entered*<br>*Date:* 08/06/2010 | Status:<br>*Filed by:* CR<br>*Entered by:* Thomas A. Lee, III<br>*Modified:* |
|---|---|---|

| Amount | claimed: | $13435.70 | | ||| |
|---|---|---|---|---|
| Unsecured | claimed: | $13435.70 | | ||| |

**History:**

| Details | 15-1 | 08/06/2010 | Claim #15 filed by eCAST Settlement Corporation, assignee, Amount claimed: $13435.70 (Lee, Thomas ) |
|---|---|---|---|

Description: (15-1) CREDIT CARD DEBT

Remarks:

| Creditor:       (5788436)<br>eCAST Settlement Corporation, assignee<br>of Citibank (South Dakota), N.A.<br>POB 29262<br>New York, NY 10087-9262 | **Claim No: 16**<br>*Original Filed*<br>*Date:* 08/06/2010<br>*Original Entered*<br>*Date:* 08/06/2010 | Status:<br>*Filed by:* CR<br>*Entered by:* Thomas A. Lee, III<br>*Modified:* |
|---|---|---|

| Amount | claimed: | $9885.04 | | ||| |
|---|---|---|---|---|
| Unsecured | claimed: | $9885.04 | | ||| |

**History:**

| Details | 16-1 | 08/06/2010 | Claim #16 filed by eCAST Settlement Corporation, assignee, Amount claimed: $9885.04 (Lee, Thomas ) |
|---|---|---|---|

Description: (16-1) CREDIT CARD DEBT

Remarks:

| Creditor:       (5720776)<br>Fia Card Services, NA As Successor In Interest to<br>Bank of America NA and Mbna America Bank<br>1000 Samoset Drive<br>DE5-023-03-03<br>Newark, DE 19713 | **Claim No: 17**<br>*Original Filed*<br>*Date:* 08/16/2010<br>*Original Entered*<br>*Date:* 08/16/2010 | Status:<br>*Filed by:* CR<br>*Entered by:* Blake Hogan<br>*Modified:* |
|---|---|---|

| Amount | claimed: | $9651.45 | | ||| |
|---|---|---|---|---|
| Unsecured | claimed: | $9651.45 | | ||| |

**History:**

| Details | 17-1 | 08/16/2010 | Claim #17 filed by Fia Card Services, NA As Successor In Interest to, Amount claimed: $9651.45 (Hogan, Blake ) |
|---|---|---|---|

Description:

Remarks:

| Creditor:        (5794391)<br>PRA Receivables Management, LLC<br>As Agent Of Portfolio Recovery Assocs.<br>POB 41067<br>Norfolk VA 23541 | **Claim No: 18**<br>Original Filed<br>Date: 08/16/2010<br>Original Entered<br>Date: 08/16/2010 | Status:<br>Filed by: CR<br>Entered by: Dolores Garcia<br>Modified: |

| Amount | claimed: | $2535.31 | | |
| Unsecured | claimed: | $2535.31 | | |

History:

| Details | | 18-1 | | 08/16/2010 | Claim #18 filed by PRA Receivables Management, LLC, Amount claimed: $2535.31 (Garcia, Dolores ) |

Description:

Remarks:

---

| Creditor:        (6161376)<br>East Bay Funding, LLC<br>c/o Resurgent Capital Services<br>PO Box 288<br>Greenville, SC 29603      Claimant<br>History | **Claim No: 19**<br>Original Filed<br>Date: 08/26/2010<br>Original Entered<br>Date: 08/26/2010 | Status:<br>Filed by: CR<br>Entered by: Steve Kane<br>Modified: |

| Amount | claimed: | $7223.19 | | |
| Secured | claimed: | $0.00 | | |
| Unsecured | claimed: | $7223.19 | | |

History:

| Details | | 19-1 | 08/26/2010 | Claim #19 filed by CR Evergreen, LLC, Amount claimed: $7223.19 (Kane, Steve ) |
| | | 38 | 11/28/2011 | Joint Joint Notice of Transfer of Claim with Waiver in the amount of $7223.19 Claim Number 19 Filed by East Bay Funding, LLC (Gaines, Susan) |

Description:

Remarks:

---

| Creditor:        (6161376)<br>East Bay Funding, LLC<br>c/o Resurgent Capital Services<br>PO Box 288<br>Greenville, SC 29603      Claimant<br>History | **Claim No: 20**<br>Original Filed<br>Date: 08/26/2010<br>Original Entered<br>Date: 08/26/2010 | Status:<br>Filed by: CR<br>Entered by: Steve Kane<br>Modified: |

| Amount | claimed: | $5872.43 | | |
| Secured | claimed: | $0.00 | | |
| Unsecured | claimed: | $5872.43 | | |

History:

| Details | | 20-1 | 08/26/2010 | Claim #20 filed by CR Evergreen, LLC, Amount claimed: $5872.43 (Kane, Steve ) |
| | | 39 | 11/28/2011 | Joint Joint Notice of Transfer of Claim with Waiver in the amount of $5872.43 Claim Number 20 Filed by East Bay Funding, LLC (Gaines, Susan) |

Description:

Remarks:

| Creditor:        (5816827)<br>Denton County<br>Michael Reed<br>P O Box 1269<br>Round Rock, TX 78680 | **Claim No: 21**<br>*Original Filed<br>Date:* 09/09/2010<br>*Original Entered<br>Date:* 09/09/2010 | *Status:*<br>*Filed by:* CR<br>*Entered by:* Michael Reed<br>*Modified:* |
|---|---|---|

| Amount | claimed: | $316.32 | | ||| |
|---|---|---|---|---|
| Secured | claimed: | $316.32 | | ||| |

*History:*

| Details | | 21-1 | 09/09/2010 | Claim #21 filed by Denton County, Amount claimed: $316.32 (Reed, Michael ) |
|---|---|---|---|---|

*Description:* (21-1) property taxes

*Remarks:*

---

| Creditor:        (5718305)<br>BMW Financial<br>PO Box 3608<br>Dublin OH 43016 0306 | **Claim No: 22**<br>*Original Filed<br>Date:* 09/13/2010<br>*Original Entered<br>Date:* 09/14/2010 | *Status:*<br>*Filed by:* CR<br>*Entered by:* slt<br>*Modified:* |
|---|---|---|

| Amount | claimed: | $7237.43 | | ||| |
|---|---|---|---|---|
| Unsecured | claimed: | $7237.43 | | ||| |

*History:*

| Details | | 22-1 | 09/13/2010 | Claim #22 filed by BMW Financial, Amount claimed: $7237.43 (slt) |
|---|---|---|---|---|

*Description:*

*Remarks:*

---

| Creditor:        (5825572)<br>Frisco ISD Tax<br>PO Box 547<br>Frisco, TX 75034 | **Claim No: 23**<br>*Original Filed<br>Date:* 09/20/2010<br>*Original Entered<br>Date:* 09/20/2010 | *Status:*<br>*Filed by:* CR<br>*Entered by:* David McCall<br>*Modified:* |
|---|---|---|

| Amount | claimed: | $2860.84 | | ||| |
|---|---|---|---|---|
| Secured | claimed: | $2860.84 | | ||| |

*History:*

| Details | | 23-1 | 09/20/2010 | Claim #23 filed by Frisco ISD Tax, Amount claimed: $2860.84 (McCall, David ) |
|---|---|---|---|---|

*Description:* (23-1) Ad Valorem Property Taxes

*Remarks:*

# Claims Register Summary

**Case Name:** James Wesley Garner and Marcia Ann Garner
**Case Number:** 10-41593
**Chapter:** 13
**Date Filed:** 05/17/2010
**Total Number Of Claims:** 23

| | |
|---|---|
| Total Amount Claimed* | $249896.37 |
| Total Amount Allowed* | |

*Includes general unsecured claims

**The values are reflective of the data entered. Always refer to claim documents for actual amounts.**

| | Claimed | Allowed |
|---|---|---|
| Secured | $87027.38 | |
| Priority | $0.00 | |
| Administrative | | |

| PACER Service Center | | |
|---|---|---|
| **Transaction Receipt** | | |
| 06/16/2016 16:18:13 | | |
| PACER Login: | ve0863:3480690:0 | Client Code: | |
| Description: | Claims Register | Search Criteria: | 10-41593 Creditor Type: cr Filed or Entered From: 5/27/1900 Filed or Entered To: 1/3/2017 |
| Billable Pages: | 2 | Cost: | 0.20 |

THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| JAMES WESLEY GARNER | § | CASE NO.  10-41593-R |
| XXX-XX-8397 | § | |
| P. O. BOX 5806 | § | CHAPTER 13 |
| FRISCO, TX 75035 | § | |
| | § | |
| MARCIA ANN GARNER | § | |
| XXX-XX-9514 | § | |
| | § | |
| DEBTORS | § | |

## NOTICE TO DEPOSIT UNCLAIMED FUNDS

COMES NOW, Janna L. Countryman, the Standing Chapter 13 Trustee in the above numbered and styled case, filing this Notice to Deposit Unclaimed Funds, and in support thereof, would show the Court as follows:

1. Janna L. Countryman is the duly qualified and acting Trustee in this case, and files this Notice to Deposit Unclaimed Funds pursuant to 11 USC §347(a).

2. The Trustee has made distributions of the funds of this estate in accordance with the confirmed Chapter 13 Plan, the Trustee's Recommendation Concerning Claims, and/or the Bankruptcy Code.  Some of the distribution checks have not been negotiated.

3. An amount has been reserved for the following creditor to whom previous checks were submitted without negotiation:

| Creditor | Ct Claim No | Reserve Amount |
|---|---|---|
| CAPITAL ONE, NATIONAL ASSOCIATION | 9 | $4,986.95 |

4. A turnover check payable to the Clerk of the United States Bankruptcy Court for $4,986.95 is attached to this Notice.

Dated: _5/31/14_

Janna L. Countryman, TBN 04888050
Shelly Terrill, TBN 00794788
Office of the Standing Chapter 13 Trustee
500 North Central Expressway, Suite 350
Plano, Texas 75074
(972) 943-2580 / Fax (972) 943-8050

PLA_Notice_DepositFunds

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing Notice to Deposit Funds Into the Unclaimed Funds Registry of the United States Bankruptcy Court has been served upon the following parties in interest on the date set forth below by mailing a copy of same to them via first class mail.

JAMES WESLEY GARNER
MARCIA ANN GARNER
P. O. BOX 5806
FRISCO, TX  75035

RUBIN & ASSOCIATES, PC
13601 PRESTON ROAD
SUITE 500E
DALLAS, TX  75240-4964

CAPITAL ONE, NATIONAL ASSOCIATION
P. O. BOX 829009
DALLAS, TX  75382-9009

CAPITAL ONE BANKRUPTCY
CO TSYS DEBT MANAGEMENT
PO BOX 5155
NORCROSS, GA  30091

CAPITAL ONE, NATIONAL ASSOCIATION
P. O. BOX 152409
IRVING, TX  75015-2408

Dated: _____3/31/14_____

Office of the Standing Chapter 13 Trustee

PLA_Notice_DepositFunds

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

In re:

    JAMES WESLEY GARNER  
    MARCIA ANN GARNER  
    Debtor(s)

Case No. 10-41593-R

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Janna L. Countryman, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 05/17/2010.

2) The plan was confirmed on 11/18/2010.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was completed on 02/24/2014.

6) Number of months from filing to last payment: 45.

7) Number of months case was pending: 51.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $100,035.00.

10) Amount of unsecured claims discharged without payment: $848.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

## Receipts:

| | | |
|---|---|---:|
| Total paid by or on behalf of the debtor | $177,505.00 | |
| Less amount refunded to debtor | $4,059.89 | |

### NET RECEIPTS: $173,445.11

## Expenses of Administration:

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $2,250.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $12,691.06 |
| Other | $0.00 |

### TOTAL EXPENSES OF ADMINISTRATION: $14,941.06

Attorney fees paid and disclosed by debtor:      $750.00

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int Paid |
|---|---|---|---|---|---|---|
| BAC HOME LOANS SERVICING LP | Secured | 174,392.00 | NA | NA | 0.00 | 0.00 |
| BANK OF AMERICA BANKRUPTCY D | Unsecured | 15.00 | NA | NA | 0.00 | 0.00 |
| BMW FINANCIAL SERVICES | Secured | 19,207.00 | 7,237.43 | 7,237.43 | 0.00 | 0.00 |
| CAPITAL ONE BANKRUPTCY | Unsecured | 132.00 | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE, NATIONAL ASSOCIAT | Secured | 50,669.00 | 50,408.20 | 50,408.20 | 0.00 | 0.00 |
| CAPITAL ONE, NATIONAL ASSOCIAT | Unsecured | 2,808.00 | 2,872.49 | 2,872.49 | 2,872.49 | 0.00 |
| CAPITAL ONE, NATIONAL ASSOCIAT | Unsecured | 4,991.00 | 5,085.70 | 5,085.70 | 5,085.70 | 0.00 |
| CHASE BANK ONE BANKRUPTCY | Unsecured | 701.00 | NA | NA | 0.00 | 0.00 |
| CITY OF FRISCO | Secured | 1,026.79 | NA | NA | 0.00 | 0.00 |
| DCFS USA LLC | Secured | 18,149.00 | 17,798.18 | 17,798.18 | 0.00 | 0.00 |
| DENTON COUNTY TAX ASSESSOR | Secured | 551.60 | 316.32 | 316.32 | 0.00 | 0.00 |
| DISCOVER BANK | Unsecured | 7,287.00 | 7,567.46 | 7,567.46 | 7,567.46 | 0.00 |
| DISCOVER BANK | Unsecured | 4,932.00 | 5,154.63 | 5,154.63 | 5,154.63 | 0.00 |
| EAST BAY FUNDING | Unsecured | 7,022.00 | 7,223.19 | 7,223.19 | 7,223.19 | 0.00 |
| EAST BAY FUNDING | Unsecured | 5,747.00 | 5,872.43 | 5,872.43 | 5,872.43 | 0.00 |
| ECAST SETTLEMENT CORPORATION | Unsecured | 10,178.00 | 10,437.13 | 10,437.13 | 10,437.13 | 0.00 |
| ECAST SETTLEMENT CORPORATION | Unsecured | 31,238.00 | 31,892.08 | 31,892.08 | 31,892.08 | 0.00 |
| ECAST SETTLEMENT CORPORATION | Unsecured | 13,255.00 | 13,435.70 | 13,435.70 | 13,435.70 | 0.00 |
| ECAST SETTLEMENT CORPORATION | Unsecured | 14,656.00 | 15,153.07 | 15,153.07 | 15,153.07 | 0.00 |
| ECAST SETTLEMENT CORPORATION | Unsecured | 9,612.00 | 9,885.04 | 9,885.04 | 9,885.04 | 0.00 |
| FIA CARD SERVICES, NA AS SUCCES | Unsecured | 9,280.00 | 9,651.45 | 9,651.45 | 9,651.45 | 0.00 |
| FRISCO ISD | Secured | 3,069.34 | 2,860.84 | 2,860.84 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Priority | NA | NA | NA | 0.00 | 0.00 |
| PRA RECEIVABLES MANAGEMENT | Unsecured | 2,446.00 | 2,535.31 | 2,535.31 | 2,535.31 | 0.00 |
| PRA RECEIVABLES MANAGEMENT | Unsecured | 5,139.00 | 5,414.54 | 5,414.54 | 5,414.54 | 0.00 |
| TOYOTA MOTOR CREDIT CORP. | Secured | 14,355.00 | 12,771.35 | 12,771.35 | 0.00 | 0.00 |
| USAA FEDERAL SAVINGS BANK | Unsecured | 18,104.00 | 18,517.74 | 18,517.74 | 18,517.74 | 0.00 |
| WELLS FARGO BANK N.A. | Unsecured | 7,513.00 | 7,806.09 | 7,806.09 | 7,806.09 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $50,408.20 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $37,806.96 | $0.00 | $0.00 |
| All Other Secured | $3,177.76 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$91,392.92** | **$0.00** | **$0.00** |
| | | | |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$0.00** | **$0.00** | **$0.00** |
| | | | |
| **GENERAL UNSECURED PAYMENTS:** | **$158,504.05** | **$158,504.05** | **$0.00** |

**Disbursements:**

|  |  |
|---|---|
| Expenses of Administration | $14,941.06 |
| Disbursements to Creditors | $158,504.05 |
| | |
| **TOTAL DISBURSEMENTS :** | **$173,445.11** |

12)   The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 08/18/2014                                     By: /s/ Janna L. Countryman
                                                                            Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**

CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing Chapter 13 Standing Trustee's Final Report and Account has been served upon the following parties in interest by mailing a copy of same to them via first class mail on the date set forth below.

JAMES WESLEY GARNER
MARCIA ANN GARNER
P. O. BOX 5806
FRISCO, TX  75035

RUBIN & ASSOCIATES, PC
13601 PRESTON ROAD
SUITE 500E
DALLAS, TX  75240-4964


Dated:  August 18, 2014                           /s/ Janna L. Countryman
                                                  Office of the Standing Chapter 13 Trustee


**UST Form 101-13-FR-S (9/1/2009)**